IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-39-AP**

**WAYNE E. BUCKLES,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER TRANSFERRING VENUE

Kane, J.

This matter is before the court on Plaintiff's Motion for Change of Venue [doc. #9], filed June 12, 2014.  The Motion is **GRANTED**.  Pursuant to 42 USC § 405 (g) the proper jurisdiction for the complaint is the U.S. District Court of the West District of North Carolina.  It is, therefore

**ORDERED** that this case is **TRANSFERRED** to the West District of North Carolina.

Dated this 16th day of June, 2014.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court